# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-10901

United States Court of Appeals
Fifth Circuit

**FILED**
June 10, 2016

Lyle W. Cayce
Clerk

HERBERT D. KELLEHER,

      Plaintiff - Appellee

v.

CAROLYN FJORD; KATHERINE R. ARCELL; KEITH DEAN BRADT; JUDY BRAY; JOSE' M. BRITO; ET AL,

      Defendants - Appellants

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-MC-16

Before REAVLEY, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Having read the record and briefs, and heard the oral argument, the court finds no reversible error and affirms the orders appealed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.